| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Sunpower by Renewable Energy Electric, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA  V.E.C. Inc.**<br>**FDBA  Renewable Energy Electric, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **73-1727717** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **7180 Dean Martin Drive, Suite 100**<br>**Las Vegas, NV 89118**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clark**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Sunpower by Renewable Energy Electric, Inc.**     Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                              Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Sunpower by Renewable Energy Electric, Inc.**          Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name      _____
             Phone             _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Sunpower by Renewable Energy Electric, Inc.**          Case number (*if known*)
          Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2016**
                         MM / DD / YYYY

X  **/s/ Jason M. Vita**                                    **Jason M. Vita**
   Signature of authorized representative of debtor           Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Samuel A. Schwartz. Esq.**                         Date  **August 12, 2016**
   Signature of attorney for debtor                               MM / DD / YYYY

**Samuel A. Schwartz. Esq.**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 385-5544**     Email address  **sam@nvfirm.com**

**10985**
Bar number and State

# Sunpower by Renewable Energy Electric
## Balance Sheet
### As of August 12, 2016

|  | Aug 12, 16 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       US Bank 4435 | 25,769.78 |
|       US bank | 155,773.66 |
|       Bank Clearing | 123,712.55 |
|     **Total Checking/Savings** | 305,255.99 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 1,676,392.19 |
|     **Total Accounts Receivable** | 1,676,392.19 |
|     **Other Current Assets** | |
|       Supplies Inventory | 113,140.21 |
|       Undeposited Funds | 88,153.96 |
|     **Total Other Current Assets** | 201,294.17 |
|   **Total Current Assets** | 2,182,942.35 |
|   **Fixed Assets** | |
|     Purchase Power Contract costs | 40,943.00 |
|     Computer & Office Equipment | 35,967.43 |
|     Furniture & Fixtures | 7,867.26 |
|     LeaseHold improvement | 61,456.51 |
|     Machinery & Equipment | 20,025.54 |
|     Vehicles | 633,550.18 |
|     Accumulated Depreciation | -179,382.91 |
|   **Total Fixed Assets** | 620,427.01 |
|   **Other Assets** | |
|     Organization Costs | 1,415.69 |
|     Amortization-Organization Costs | -1,415.69 |
|     Refundable Deposits | 12,265.79 |
|   **Total Other Assets** | 12,265.79 |
| **TOTAL ASSETS** | **2,815,635.15** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 834,240.75 |
|       **Total Accounts Payable** | 834,240.75 |
|       **Credit Cards** | |
|         Bank of America 2514 | -29,500.00 |
|         Capital One | -7,188.41 |
|         Chase bank Ink - 6481 (Jason) | 101,261.05 |
|         Chase bank Ink 5251 (Antoinette | 77,086.44 |
|         Comerica Bank 9109 | 17,175.18 |
|         Credit Card- Credit line 5972 | 27,201.80 |
|         home Depot 4707 | 1,986.55 |
|         Us bank card services 9109 | 2,333.15 |

# Sunpower by Renewable Energy Electric
## Balance Sheet
### As of August 12, 2016

|  | Aug 12, 16 |
|---|---:|
| US bank edge - 4392 | 9,428.00 |
| US Bank Edge 0196 | 2,900.00 |
| wells fargo credit line 5258 | 5,817.33 |
| **Total Credit Cards** | 208,501.09 |
| **Other Current Liabilities** | |
| Billings>costs & est GM-wip | 192,533.00 |
| Small Buisness Finance | 18,142.60 |
| Line of Credit - ▇▇▇ 2052 | 2,500.12 |
| Worker's Comp Payable | 1,349.58 |
| **Total Other Current Liabilities** | 214,525.30 |
| **Total Current Liabilities** | 1,257,267.14 |
| **Long Term Liabilities** | |
| Deferred revenue-PP /contracts | 68,273.00 |
| Stratigic Funding I Bank | 763,445.71 |
| $414.32 Forklift- Wells Fargo E | 6,997.32 |
| 1498 Box truck $487.55 | 9,853.09 |
| 4906 City Express Van $391.79 | 22,307.88 |
| 4950 City Express Van $392.69 | 23,145.46 |
| 1570 Chevy Express van 2012 | 12,285.92 |
| 6932 Box Truck 2014 $683.49 | 33,382.52 |
| 8563 city Express $415.06 | 21,544.48 |
| Chevy Express Van 2014 (1757) $ | 21,502.73 |
| Chevy Express Van 2014 (2969) $ | 20,859.85 |
| Chevy Express van 2014( 8122) $ | 19,860.86 |
| Chevy Spark 2015 (5835) $238.97 | 15,122.68 |
| Chevy VAN 2014 (7397) $498.99 | 22,337.13 |
| chevy volt 2014 (1783) $588.96 | 27,037.38 |
| chevy volt 2014 (2438) $ 588.96 | 27,037.38 |
| Chevy WT Truck 2014 (0844) $432 | 19,286.10 |
| chevy WT truck 2014 (3537) $426 | 19,556.44 |
| Chevy(6932) 683.49 | -683.49 |
| SBA Loan | 6,180.00 |
| Tesla-chase- | 84,490.70 |
| Toyota Contact Payable | 19,053.79 |
| **Total Long Term Liabilities** | 1,262,876.93 |
| **Total Liabilities** | 2,520,144.07 |
| **Equity** | |
| Common Stock | 1,000.00 |
| Opening Bal Equity | 101.00 |
| Retained Earnings | -195,798.52 |
| S Type Dividends | -98,215.48 |
| Net Income | 588,404.08 |
| **Total Equity** | 295,491.08 |
| **TOTAL LIABILITIES & EQUITY** | 2,815,635.15 |

# Sunpower by Renewable Energy Electric
## Profit & Loss
### January through August 12, 2016

|  | Jan - Aug 16 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     *Uncategorized Income | 33,735.00 |
|     Construction Income | 2,958,590.19 |
|     Discounts/Refunds Given | -6,508.00 |
|     Sales of Product Income | -194,906.87 |
|     Services | 2,003,931.36 |
|     Vendor Refunds | 9,477.39 |
|   **Total Income** | 4,804,319.07 |
|   **Cost of Goods Sold** | |
|     HOA | 3,000.00 |
|     Inverter warranty | 1,813.33 |
|     **Job Related Costs** | |
|       MATERIAL{86} | 1,859,760.84 |
|       Subcontractors | 10,209.58 |
|       Job Related Costs - Other | 1,158.57 |
|     **Total Job Related Costs** | 1,871,128.99 |
|     **Job Related Labor Costs** | |
|       Payroll Fee - SOLAR | 1,627.14 |
|       Payroll Fee - ELECTRIC | 17,777.47 |
|       Payroll Taxes - SOLAR | 6,922.61 |
|       Payroll Taxes - ELECTRIC | 52,015.16 |
|       Other - SOLAR | 12.09 |
|       Other - ELECTRIC | 566.14 |
|       Benefits - SOLAR | 851.68 |
|       Benefits - ELECTRIC | 12,872.06 |
|       **Electric Wages** | |
|         Commission - ELECTRIC | 720.00 |
|         Bonus - ELECTRIC | 250.00 |
|         Overtime - ELECTRIC | 2,670.75 |
|         Piecework - ELECTRIC | 759,826.49 |
|         Regular - ELECTRIC | 243,679.26 |
|       **Total Electric Wages** | 1,007,146.50 |
|       **Solar Wages** | |
|         commission - SOLAR | 1,482.66 |
|         Overtime - SOLAR | 3,123.46 |
|         Piecework - SOLAR | 44,064.68 |
|         Regular - SOLAR | 52,587.55 |
|         Solar Wages - Other | -710.11 |
|       **Total Solar Wages** | 100,548.24 |
|       Job Labor (Gross Wages) | 2,684.00 |
|       Worker's Comp Costs | 7,656.00 |
|       Job Related Labor Costs - Other | 2,274.00 |
|     **Total Job Related Labor Costs** | 1,212,953.09 |
|     Supplies & Materials - COGS | 201.15 |

11:24 AM
08/12/16
Accrual Basis

Sunpower by Renewable Energy Electric
Profit & Loss
January through August 12, 2016

Case 16-14459-gs    Doc 1    Entered 08/12/16 15:38:25    Page 8 of 17

|  | Jan - Aug 16 |
|---|---:|
| **Total COGS** | 3,089,096.56 |
| **Gross Profit** | 1,715,222.51 |
| **Expense** | |
|    **Office Expense** | 49.95 |
|    ***Reconciliation Discrepancies** | 0.02 |
|    **Design** | 2,400.00 |
|    **plans** | 320.00 |
|    **Gold Ban Removal** | 273.50 |
|    **Loan Reimbursment** | 1,244.07 |
|    **Engineeering** | 100.00 |
|    **Overlimit credit card fee** | 39.00 |
|    **Refunds/Credits** | 16,181.96 |
|    **Gifts** | 126.18 |
|    **Advertising** | |
|       car wraps | 2,315.16 |
|       Digital Display | -8,141.06 |
|       Google | 2,567.48 |
|       Merchandise | 796.52 |
|       Networking Events | 310.00 |
|       Uniforms | 5,127.38 |
|       UNLV | 40,000.00 |
|       Advertising - Other | 123,294.61 |
|    **Total Advertising** | 166,270.09 |
|    **Bank Service Charges** | |
|       Foreign Transaction Fees | 11.24 |
|       Bank Service Charges - Other | 1,673.41 |
|    **Total Bank Service Charges** | 1,684.65 |
|    **Business License & Fees** | 1,059.00 |
|    **Car/Truck Expense** | |
|       GAS & OIL | 22,917.04 |
|       Insurance-Auto | 17,730.29 |
|       Registration & License | 2,226.00 |
|       Repairs & Maintenance | 631.22 |
|    **Total Car/Truck Expense** | 43,504.55 |
|    **Cleaning/Janitorial** | 7,425.00 |
|    **Computer Expense** | 4,189.70 |
|    **Delivery fee** | 70.00 |
|    **Dues and Subscriptions** | 1,928.97 |
|    **Equipment Rental** | 8,133.79 |
|    **Insurance** | |
|       Liability Insurance | 73,609.68 |
|       Worker's Comp | 6,000.00 |
|       Insurance - Other | 21,872.05 |
|    **Total Insurance** | 101,481.73 |
|    **Interest Expense** | |

11:24 AM
08/12/16
Accrual Basis

Sunpower by Renewable Energy Electric
Profit & Loss
January through August 12, 2016

Case 16-14459-gs    Doc 1    Entered 08/12/16 15:38:25    Page 9 of 17

|  | Jan - Aug 16 |
|---|---:|
| **Credit Card Interest** | 6,556.19 |
| **Finance Charge** | 1,361.49 |
| **Loan Interest** | 1,030.90 |
| **Total Interest Expense** | 8,948.58 |
| **Late Fee Expenses** | 78.00 |
| **Legal & Professional Fees** |  |
| consulting fees | 500.00 |
| Legal & Professional Fees - Other | 24,158.52 |
| **Total Legal & Professional Fees** | 24,658.52 |
| **Licenses and Permits** | 46,410.15 |
| **Material** | -20,404.20 |
| **Miscellaneous** | 70,685.00 |
| **NV ENERGY** |  |
| Administration Fee | 970.00 |
| NV ENERGY - Other | 6,024.24 |
| **Total NV ENERGY** | 6,994.24 |
| **Office** |  |
| Maintenance | 618.57 |
| Office - Other | 100.00 |
| **Total Office** | 718.57 |
| **Office Supplies** | 3,324.43 |
| **Payroll Expenses** |  |
| Employee Benefits |  |
| ADMIN/OFFICE - Benefits | 3,118.52 |
| CONTRACT - Benefits | 583.84 |
| ELECTRIC - Benefits | 2,306.59 |
| OFFICER - Benefits | 4,761.87 |
| SALES - Benefits | 3,740.10 |
| SOLAR - Benefits | 167.52 |
| Total Employee Benefits | 14,678.44 |
| Other Payroll Expenses |  |
| ADMIN/OFFICE - Other | 3,944.51 |
| CONTRACT - Other | 31.09 |
| ELECTRIC - Other expense | 246.79 |
| Payroll Expenses{371} | 50.00 |
| SALES - Other expense | 196.80 |
| SOLAR - Other | 5.83 |
| Other Payroll Expenses - Other | 570.00 |
| Total Other Payroll Expenses | 5,045.02 |
| Payroll Processing Fees |  |
| ADMIIN/OFFICE - Payroll Fee | 2,596.49 |
| CONTRACT - Payroll Fee | 865.50 |
| ELECTRIC - Payroll Fee | 5,106.45 |
| OFFICER - Payroll Fee | 450.06 |
| SALES - Payroll Fee | 2,406.08 |

11:24 AM
08/12/16
Accrual Basis

Case 16-14459-gs    Doc 1    Entered 08/12/16 15:38:25    Page 10 of 17

**Sunpower by Renewable Energy Electric**
**Profit & Loss**
**January through August 12, 2016**

|  | Jan - Aug 16 |
|---|---:|
| SOLAR - Payroll Fee | 484.68 |
| **Total Payroll Processing Fees** | 11,909.26 |
| **Payroll tax expense** |  |
| ADMIN/OFFICE - Payroll taxes | 7,409.41 |
| CONTRACT - Payroll taxes | 1,711.96 |
| ELECTRIC - Payroll taxes | 18,804.72 |
| OFFICER - Payroll taxes | 3,809.67 |
| SALES - Payroll taxes | 7,007.06 |
| SOLAR - Payroll taxes | 2,316.90 |
| **Total Payroll tax expense** | 41,059.72 |
| **Salary and Wages Expense** |  |
| ADMIN/OFFICE Salary |  |
|     Bonus - Admin/Office | 200.00 |
|     Commission | 3,295.00 |
|     Overtime | 903.05 |
|     Regular Wages | 87,108.61 |
|     ADMIN/OFFICE Salary - Other | 11,876.81 |
| **Total ADMIN/OFFICE Salary** | 103,383.47 |
| CONTRACT Salary |  |
|     Piece Work - CONTRACT | 14,374.68 |
|     Commission - Contract | 3,396.80 |
|     Overtime - Contract | 1,461.72 |
|     Regular Wages - Contract | 29,662.49 |
| **Total CONTRACT Salary** | 48,895.69 |
| ELECTRIC Salary |  |
|     Regular Wages | 3,032.04 |
| **Total ELECTRIC Salary** | 3,032.04 |
| OFFICER'S Salary | 52,652.25 |
| SALES - Salary |  |
|     1099 Regular | 22,029.62 |
|     Commission |  |
|         1099 Commission | 91,123.23 |
|         Commission - Other | 50.00 |
|     Total Commission | 91,173.23 |
|     Regular Wages | 40,644.38 |
| **Total SALES - Salary** | 153,847.23 |
| **Total Salary and Wages Expense** | 361,810.68 |
| Payroll Expenses - Other | 8,934.86 |
| **Total Payroll Expenses** | 443,437.98 |
| **Pending Teresa** | -468.07 |
| **POSTAGE and DELIVERY** | 2,311.77 |
| **Professional Fees** |  |
| Outsource | 2,985.83 |
| Bookkeeping Fees | 7,510.00 |
| Legal Fees | 5,000.00 |

11:24 AM
08/12/16
Accrual Basis

Sunpower by Renewable Energy Electric
**Profit & Loss**
January through August 12, 2016

Case 16-14459-gs    Doc 1    Entered 08/12/16 15:38:25    Page 11 of 17

|  | Jan - Aug 16 |
|---|---:|
| **Total Professional Fees** | 15,495.83 |
| **QuickBooks Payments Fees** | 67,987.76 |
| **Referall** | 7,997.21 |
| **Reimbursements - Power Bill** | 2,563.41 |
| **Rent** | 39,524.20 |
| **Repairs** | |
|     Equipment Repairs | 322.39 |
| **Total Repairs** | 322.39 |
| **Taxes** | |
|     AZ taxes | 45.00 |
|     Taxes - Other | 12,870.96 |
| **Total Taxes** | 12,915.96 |
| **Telephone** | 17,570.00 |
| **Training & Education** | 349.95 |
| **Travel & Ent** | |
|     Ground Transportation | 149.50 |
|     Hotels/Lodging | 1,302.22 |
|     Meals | 8,470.06 |
|     Travel | 1,046.61 |
| **Total Travel & Ent** | 10,968.39 |
| **Utilities** | |
|     Cox Communications | 1,499.11 |
|     Disposal/Trash | 2,522.37 |
|     Electric - NV Power | 2,785.30 |
|     Gas - Southwest Gas | 1,022.48 |
|     Security | 216.94 |
| **Total Utilities** | 8,046.20 |
| **Total Expense** | 1,126,918.43 |
| **Net Ordinary Income** | 588,304.08 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Reimbursements/credits | 100.00 |
|   **Total Other Income** | 100.00 |
| **Net Other Income** | 100.00 |
| **Net Income** | **588,404.08** |

Fill in this information to identify the case:

Debtor name: **Sunpower by Renewable Energy Electric, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Consolidated Electrical Distributors Inc** c/o The Corporation Truste Co. of NV Resident Agent 701 S. Carson Street, Suite 200 Carson City, NV 89701 | | **Promissory Note** | | | | $208,205.08 |
| **IMG College, LLC** PO Box 16533 Palatine, IL 60055 | | | | | | $20,000.00 |
| **Innovative Advertising Strategies** 242 Lafayette Circle Suite B2 Lafayette, CA 94549 | | | | | | $21,294.00 |
| **Kevin Le** 4105 Demoline Circle Las Vegas, NV 89141 | | | | | | $44,287.86 |
| **Pearl Gamma Funding, LLC** c/o Ariel Bouskila, Esq. MCA Servicing - Counsel 40 Exchange Place, Suite 1306 New York, NY 10005 | | **Merchant Agreement** | | | | $161,865.00 |

Debtor  **Sunpower by Renewable Energy Electric, Inc.**                                     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SBF Finance and Technology LLC**<br>**2200 Renaissance Blvd., Ste 170**<br>**King of Prussia, PA 19406-2794** | | | | | | $48,189.00 |
| **Soligent Distribution, LLC**<br>**1500 Valley House Drive, Suite 210**<br>**Rohnert Park, CA 94928** | | | | | | $44,246.52 |
| **Strategic Funding Source, Inc.**<br>**120 West 45th Street**<br>**New York, NY 10036** | | | | | | $750,000.00 |
| **Sunedison**<br>**600 Clipper Drive**<br>**Belmont, CA 94002** | | | | | | $17,339.40 |
| **Sunpower Corporation**<br>**77 Rio Robles**<br>**San Jose, CA 95134** | | | | | | $525,172.17 |
| **WSL Properties, LLC**<br>**9061 Santa Monica Blvd.**<br>**Los Angeles, CA 90069** | | Rent | | | | $10,271.31 |

# United States Bankruptcy Court
### District of Nevada

In re **Sunpower by Renewable Energy Electric, Inc.**     Case No.
                               Debtor(s)     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jason M. Vita<br>2249 Gondi Castle Avenue<br>Henderson, NV 89044 | | 100% | Voting |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 12, 2016**      Signature **/s/ Jason M. Vita**
                                                                         **Jason M. Vita**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Sunpower by Renewable Energy Electric, Inc.
7180 Dean Martin Drive, Suite 100
Las Vegas, NV 89118

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Consolidated Electrical Distributors Inc
c/o The Corporation Truste Co. of NV
Resident Agent
701 S. Carson Street, Suite 200
Carson City, NV 89701

IMG College, LLC
PO Box 16533
Palatine, IL 60055
```

Innovative Advertising Strategies
242 Lafayette Circle Suite B2
Lafayette, CA 94549

Jason M. Vita
2249 Gondi Castle Avenue
Henderson, NV 89044

Kevin Le
4105 Demoline Circle
Las Vegas, NV 89141

Pearl Gamma Funding, LLC
c/o Ariel Bouskila, Esq.
MCA Servicing - Counsel
40 Exchange Place, Suite 1306
New York, NY 10005

SBF Finance and Technology LLC
2200 Renaissance Blvd., Ste 170
King of Prussia, PA 19406-2794

Soligent Distribution, LLC
1500 Valley House Drive, Suite 210
Rohnert Park, CA 94928

Strategic Funding Source, Inc.
Acct No xx5122
120 West 45th Street
New York, NY 10036

Sunedison
600 Clipper Drive
Belmont, CA 94002

Sunpower Corporation
77 Rio Robles
San Jose, CA 95134

WSL Properties, LLC
9061 Santa Monica Blvd.
Los Angeles, CA 90069

# United States Bankruptcy Court
## District of Nevada

In re: **Sunpower by Renewable Energy Electric, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sunpower by Renewable Energy Electric, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 12, 2016**
Date

**/s/ Samuel A. Schwartz. Esq.**
**Samuel A. Schwartz. Esq. 10985**
Signature of Attorney or Litigant
Counsel for **Sunpower by Renewable Energy Electric, Inc.**
**Schwartz Flansburg PLLC**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544 Fax:(702) 385-2741**
**sam@nvfirm.com**