_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
July 17, 2017
_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
M. Michelle Nisce, Esq.
Nevada Bar No. 13552
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No.: 16-14459-GS |
| | ) | |
| Sunpower by Renewable Energy Electric, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hearing Date: July 13, 2016 |
| _____ | ) | Hearing Time: 9:30 a.m. |

**ORDER GRANTING SECOND INTERIM**
**STATEMENT OF SERVICES RENDERED AND EXPENSES**
**INCURRED BY SCHWARTZ FLANSBURG PLLC AS ATTORNEYS FOR**
<u>**THE DEBTOR FOR THE PERIOD NOVEMBER 1, 2016 THROUGH MAY 31, 2017**</u>

Upon consideration of the Second Interim Application (the "**Application**") of Schwartz Flansburg PLLC ("**SF**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Debtor for the Period of November 1,

1

1  2016 through May 31, 2017 (the "**Compensation Period**"), and it appearing that proper and

2  adequate notice of the Application has been given and that no other further notice is necessary,

3  and no objections having been raised, and it appearing that the compensation requested is

4  reasonable and a benefit to this estate, it is hereby:

5        **ORDERED** that the Application is hereby **APPROVED**; and it is further

6        **ORDERED** that the request contained within the Application, and the same are hereby,

7  approved, on an interim basis, and allowed in the aggregate amounts of $53,754.50 as

8  compensation for professional services rendered during the Compensation Period and $2,854.38

9  as reimbursement of expenses incurred during the Compensation Period; and it is further

10       **ORDERED** that the request contained in the Application be, and the same is hereby,

11 authorized that SF may be paid up to 90% of the fees awarded, or $48,379.05, as compensation

12 for services rendered, and SF may be reimbursed up to 100% of the expenses, or $2,854.38; and

13 it is further

14       **ORDERED** that SF shall retain a Holdback Amount in the aggregate amount of 10% of

15 the fees awarded, or $5,375.45[1] for the Compensation Period in its trust account until final

16 approval of SF's fees; and it is further

17 / / /

18 / / /

---

[1] Subsequent to the entry of the order approving SF's first fee application on December 7, 2017 (Docket No. 132), SF received payment for the fees and costs allowed in the first application, which SF applied to its allowed fees, less the required 10% holdback of $5,704.15. Periodically, the Debtor also sends payments to SF for estimated fees allowed, which are held in SF's trust account pending approval of the fees. SF is currently holding $20,779.37 in its trust account, and will maintain a holdback of $5,375.45 for this Application, and $5,704.15 for its first application, for a total holdback of $11,079.60, until final approval of SF's fees.

4817-0232-6858, v. 1

**ORDERED** that this Court shall retain jurisdiction to hear all matters arising from or related to the relief granted in this Order.

Submitted by:

SCHWARTZ FLANSBURG PLLC

By: /s/Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Attorneys for Debtor

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

__X_ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

SCHWARTZ FLANSBURG PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Attorneys for Debtor

# # #

4

4817-0232-6858, v. 1