Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | CASE NO.: 16-14459-GS |
| | ) | |
| SunPower by Renewable Energy Electric, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Confirmation Hearing Date: August 17, 2017 |
| | ) | Confirmation Hearing Time: 9:30 a.m. |

**DECLARATION OF SAMUEL A. SCHWARTZ CERTIFYING
VOTING ON AND TABULATION OF BALLOTS ACCEPTING
AND REJECTING THE DEBTOR'S PLAN OF REORGANIZATION**

SAMUEL A. SCHWARTZ, ESQ., being duly sworn, deposes and says:

1. I am a principal of Schwartz Flansburg PLLC ("**SF**" or the "**Firm**"), 6623 Las Vegas Blvd. South, Suite 300, Las Vegas, Nevada 89119. I am authorized to make this declaration on SF's behalf and unless otherwise indicated, I have personal knowledge of the facts set forth herein.

**The Balloting and Procedures Order**

2. On June 26, 2017, the Bankruptcy Court entered an Order approving the procedures (the "**Voting Procedures**") for the solicitation and tabulation of votes to accept or reject the Second Amended Plan of Reorganization of SunPower by Renewable Energy Electric,

4852-6150-9197, v. 1

Inc. (the "**Plan**").[1]  In the Voting Procedures, the Bankruptcy Court, among other things:

    a. approved SF as the voting and tabulation agent in connection with the solicitation and tabulation of votes on the Plan;

    b. approved certain solicitation procedures, vote tabulation rules, forms of ballots, and notice requirements regarding the solicitation of votes on the Plan;

    c. established August 3, 2017 (the "**Voting Deadline"**), as the last day by which SF may receive Plan acceptances or rejections; and

    d. authorized that any entity entitled to vote to accept or reject the Plan may change its vote by casting a superseding Ballot so that such superseding Ballot is actually received by SF.

3. On June 29, 2017, SF mailed solicitation packages in accordance with the Voting Procedures to all claim holders in anticipation of the August 17, 2017 confirmation hearing.

4. A Certificate of Service was filed with the Bankruptcy Court on July 6, 2017, indicating that the appropriate solicitation packages were mailed out on June 29, 2017.  See Docket No. 225.  SF did not receive any solicitation packets as undeliverable.

## Classes Entitled to Vote

5. In accordance with the Plan and the Voting Procedures, claim holders in Classes 1 through 8 were entitled to vote on the Plan.

6. SF tabulated votes on the Plan in accordance with the tabulation rules in the Voting Procedures and the Bankruptcy Court approved instructions on each Ballot.  As of the date and time of this Declaration, SF received 4 acceptances of the Plan and zero rejections of the Plan, set forth in the following table:

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Plan.

4852-6150-9197, v. 1

| Class | Creditor | Accept | Reject | Class %/Amount |
|---|---|---|---|---|
| 1 | Strategic Funding Source, Inc. | X | | 100% |
| 2 | SBF Finance Technology, LLC | X | | 100% |
| 3 | Pearl Beta Funding, LLC | | | Did Not Vote |
| 4 | Wells Fargo Equipment Finance | | | Did Not Vote |
| 5(a) - 5(o) | Ally Bank | | | Did Not Vote |
| 5(p) | JP Morgan Chase Bank | | | Did Not Vote |
| 5(q) | Toyota Financial Services | | | Did Not Vote |
| 6 | Soligent Distribution, LLC | | | Did Not Vote |
| 7 | SunPower Corporation | X | | 100% |
| 8 | General Unsecured Creditors  American Express Bank  Advanstaff, Inc.  Class 4 Total: | X X  100% | 0.0% | $60,329.71 $145,717.86  $206,047.57 |

7. Accordingly, the Classes of Claims have either accepted or rejected the Debtor's Plan as follows:

8. In Class 1, the Strategic Funding Source, Inc. **ACCEPTED** the Plan.

9. In Class 2, SBF Finance Technology, LLC **ACCEPTED** the Plan.

10. In Class 7, SunPower Corporation **ACCEPTED** the Plan.

11. In Class 8, the General Unsecured Creditors **ACCEPTED** the Plan. Specifically, two (2) general unsecured creditors accepted the Plan with claims in the amount of $206,047.57, or 100% of the voting claims in Class 8, while no claims in Class 8 rejected the Plan. Therefore, the majority of creditors and two-thirds in dollar amount requirements are satisfied for Class 8 to be an accepting class.

///

///

4852-6150-9197, v. 1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of August, 2017.

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

4852-6150-9197, v. 1